KILPATRICK TOWNSEND & STOCKTON LLP
SUSAN W. PANGBORN (State Bar No. 282533)
spangborn@kilpatricktownsend.com
KENDRA C. CHAPMAN (State Bar No. 294030)
kchapman@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

TERESA L. BOUCHARD (*pro hac vice*)
Suite 2800, 1100 Peachtree Street NE
Atlanta, Georgia 30309-4528
Telephone: (404) 815-6032
Facsimile: (404) 541-3112

Attorneys for Defendant
AT&T SERVICES, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| GLENNA STRONG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AT&T SERVICES, INC.,<br><br>　　　　Defendant. | Case No. 2:18-cv-02489-KJM-DB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>The Honorable Kimberly J. Mueller<br>Courtroom 3, 15th floor<br><br>Complaint filed September 13, 2018 |

IT IS HEREBY ORDERED that for good cause shown, Defendant AT&T Services, Inc., has up to and including December 1, 2018, to respond to Plaintiff's Complaint. Plaintiff shall file her amended complaint, if any, by November 7, 2018.

IT IS SO ORDERED.

DATED: November 1, 2018.

_____
UNITED STATES DISTRICT JUDGE