UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENNA STRONG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AT&T Services, Inc.,<br><br>　　　　Defendant. | No. 2:18-cv-02489-KJM-DB |

      On April 17, 2019, the parties filed a joint status report requesting this case be referred to the Voluntary Dispute Resolution Program (VDRP). Accordingly, this matter is referred to the court's ADR Coordinator, Sujean Park, spark@caed.uscourts.gov, for referral to VDRP for the convening of a VDRP session to occur as soon as possible, at which a principal with full settlement authority for each party shall appear.

      The parties are DIRECTED to file a joint status report notifying the court of the status of settlement proceedings within sixty (60) days.

      IT IS SO ORDERED.

DATED: April 19, 2019.

                                                  UNITED STATES DISTRICT JUDGE

1