BRIAN CRONE (State Bar No. 191731)
1104 Corporate Way, Suite 228
Sacramento, California 95831
briancrone@cronelawoffice.com
Telephone: (916) 395-4464
Facsimile: (916) 395-4465

BUCKLEY BEAL LLP
EDWARD D. BUCKLEY (*pro hac vice*)
edbuckley@bucleybeal.com
THOMAS J. MEW (*pro hac vice*)
tmew@buckleybeal.com
600 Peachtree Street NE, Suite 3900
Atlanta, Georgia 30308
Telephone: (404) 781-1100
Facsimile: (404) 781-1001

Attorneys for Plaintiff GLENNA STRONG


KILPATRICK TOWNSEND & STOCKTON LLP
SUSAN W. PANGBORN (State Bar No. 282533)
spangborn@kilpatricktownsend.com
KENDRA C. CHAPMAN (State Bar No. 294030)
kchapman@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Defendant AT&T SERVICES, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| GLENNA STRONG,<br><br>    Plaintiff,<br><br>  v.<br><br>AT&T SERVICES, INC.,<br><br>    Defendant. | Case No. 2:18-cv-02489-KJM-DB<br><br>**STIPULATION AND REQUEST TO MODIFY SCHEDULING ORDER FOR GOOD CAUSE AND [FED. R. CIV. P. 16(b)]**<br><br>Amended Complaint filed November 7, 2018 |

Pursuant to Federal Rule of Civil Procedure Rule 16(b)(4) and Section X of the Status (Pretrial Scheduling) Order issued by United States District Judge Kimberly J. Mueller on January 29, 2019 (the "Scheduling Order"), Plaintiff Glenna Strong ("Plaintiff") and Defendant AT&T Services, Inc. ("Defendant") (collectively, the "Parties"), by and through undersigned counsel, hereby jointly stipulate and move to modify the Scheduling Order for good cause, as follows:

1. Plaintiff brought this action on or about September 13, 2018. Plaintiff filed an Amended Complaint on November 7, 2018.

2. Pursuant to the Scheduling Order, the cut-off for discovery is September 20, 2019. The deadline for the Parties to designate and disclose expert witnesses is September 27, 2019. All expert discovery must be completed by November 18, 2019. The deadline for dispositive motions is December 20, 2019. No trial date has been set in this matter.

3. On November 30, 2018, Defendant filed a Motion to Strike Portions of Plaintiff's Amended Complaint (the "Motion to Strike") and a Request for Judicial Notice in Support of Motion to Strike (the "Request for Judicial Notice"). The Motion to Strike and Request for Judicial Notice were heard on January 11, 2019. The Motion to Strike and the Request for Judicial Notice are currently pending before this Court.

4. Defendant has not yet responded to the Amended Complaint. Defendant intends to respond to the Amended Complaint following the Court's anticipated order(s) on the Motion to Strike and Request for Judicial Notice.

5. The Parties have scheduled a Voluntary Dispute Resolution Program ("VDRP") session with neutral Carolee Kilduff for July 9, 2019, which was the first date available for the neutral and the Parties.

6. The Parties are attempting to resolve this matter before incurring the expense of discovery and have informally agreed to stay discovery in this matter pending the outcome of the scheduled VDRP session on July 9, 2019.

7. The requested modification of deadlines in the Scheduling Order is supported by good cause, will promote judicial economy, and will further the interests of justice because the

modification will ensure that the pleadings are settled before this matter moves forward with substantive discovery and will permit the Parties to meaningfully explore whether this matter can be resolved without the need to further incur fees and expenses related to the litigation.

8. In light of the above, the Parties have met and conferred and agreed to approach the Court regarding modifications to the Scheduling Order. The Parties stipulate and propose that the Scheduling Order be modified and that the deadlines in the extended by approximately six months, as follows:

    a) Discovery Deadline .................................... Friday, March 20, 2020
    b) Disclosure of Expert Witnesses .................. Friday, March 27, 2020
    c) Rebuttal List of Expert Witnesses .............. Friday, April 17, 2020
    d) Expert Witness Discovery Deadline ........... Monday, May 18, 2020
    e) Deadline for Motions to be Heard .............. Friday, June 19, 2020

9. This is the first extension requested by the Parties for the deadlines reflected in the Scheduling Order.

10. Pursuant to Civil Local Rule 131(e), counsel for Plaintiff has authorized the submission of this document.

Dated: June 4, 2019

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ *Susan W. Pangborn*
        Susan W. Pangborn

Attorneys for Defendant AT&T SERVICES, INC.

Dated: June 4, 2019

BUCKLEY BEAL LLP

By: /s/ *Thomas Mew* (as authorized on 5/29/19)
        Thomas Mew (admitted *pro hac vice*)

Attorneys for Plaintiff GLENNA STRONG

**ORDER**

The Court, having considered the Parties' Stipulation and Request to Modify Scheduling Order, and good cause appearing therefore, hereby modifies the Scheduling Order as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Discovery closes | September 20, 2019 | March 20, 2020 |
| Expert disclosures | September 27, 2019 | March 27, 2020 |
| Rebuttal experts list | October 18, 2019 | April 17, 2020 |
| Expert discovery closes | November 18, 2019 | May 18, 2020 |
| Last day to hear dispositive motions | December 20, 2019 | June 26, 2020[1] |

DATED: June 4, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The parties requested date, June 19, 2020, is not available on the court's civil law and motion calendar.